IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PERLA KNUEPPEL, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> IDEAL CONCEPTS, INC., <br><br> Defendant. | Case No.: 5:23-cv-01552-JLS |

## [PROPOSED] ORDER OF DISMISSAL

This cause is before the Court pursuant to Federal Rule of Civil Procedure 41 on the Stipulation for Dismissal, without prejudice, of Plaintiff Perla Knueppel ("Plaintiff") and Defendant Ideal Concepts, Inc. ("Defendant") in the above-captioned matter, with each side bearing its own attorneys' fees and costs. The Court has considered the Stipulation, the record in the case, and being otherwise advised, it is:

ORDERED and ADJUDGED that the Stipulation of Dismissal, without prejudice, of Plaintiff's claims against Defendant in the above-captioned case, with each side bearing its own attorneys' fees and costs, is ACCEPTED.

Accordingly, it is ORDERED and ADJUDGED that the claims in the above-captioned case of Plaintiff Perla Knueppel against Defendant Ideal Concepts, Inc. are dismissed without prejudice, with each side bearing its own attorneys' fees and costs.

Date: June 23, 2023

/s/ Jeffrey L. Schmehl
Judge Jeffrey L. Schmehl

22916757 v1